**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Ryan Baird,**<br><br>**Plaintiff,**<br>**v.**<br><br>**Showstopper, LLC, Dave Roberts, and Debbie Roberts,**<br><br>**Defendants.** | ) | **Case No.:** |

**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

**(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

Not applicable.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

The Plaintiff has requested a jury trial.

**(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

Not applicable.

**(D). State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).** ***See*** **Local Civ. Rule 3.01 (D.S.C.).**

Plaintiff's Complaint was filed in the Florence Division because the acts and omissions alleged in the Complaint occurred within the Florence division of this Court.

**(E). Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court bases on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

No

**(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification**.

N/A

**(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

N/A

**(H) In an action in which jurisdiction is based on diversity under 8 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, name—and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under §1332(a).**

N/A

Respectfully submitted this 21st day of May 2026.

s/ Brian P. Murphy
Brian P. Murphy, Fed. I.D. No. 6405
Attorney for Plaintiff.

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400
Fax: (864) 240-9292

brian@stephensonmurphy.com