**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Ryan Baird,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A.: 4:26-cv-02049-SAL** |
| **Showstopper, LLC, Dave Roberts, and Debbie Roberts** | ) | **RETURN OF SERVICE** |
| **Defendants.** | ) | |

This is to certify that the Summons, Complaint and Plaintiff's Responses to Local Rule 26.01 Interrogatories were served on Defendant Showstopper, LLC, by United States Mail, certified mail, restricted delivery, return receipt requested. Attached is a copy of the USPS tracking information showing that service was accepted at the following address on May 26, 2026:

Showstopper, LLC
c/o Corporation Service Company, Its Registered Agent
100 Coastal Drive, Suite 210
Charleston, SC 29492

Respectfully submitted this 29th day of May 2026.

s/ Brian P. Murphy
Brian P. Murphy, Fed. I.D. No. 6405
Attorney for Plaintiff.

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400
Fax: (864) 240-9292