# USPS Tracking®

FAQs >

Tracking Number:

Remove ×

## 9407111105495810569042

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 1:51 pm on May 26, 2026 in CHARLESTON, SC 29492.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

CHARLESTON, SC 29492
May 26, 2026 1:51 PM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

See Less ^