**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

RYAN BAIRD,

PLAINTIFF,

v.

SHOWSTOPPER, LLC; DAVE ROBERTS; DEBBIE ROBERTS,

DEFENDANTS.

Civil Action No. 4:26-cv-02049-SAC

**JOINT RULE 26(f) REPORT**

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed **July 23, 2026** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed **July 23, 2026** requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

FOR PLAINTIFF:

**STEPHENSON & MURPHY, LLC**

*/s/Brian P. Murphy*
Brian P. Murphy, Bar No. 6405
brian@stephensonmurphy.com
207 Whitsett Street
Greenville, SC 29601
Telephone: (864)-370-9400

*Attorney for Plaintiff*

August 28, 2026

FOR DEFENDANTS:

**LITTLER MENDELSON P.C.**

*/s/ Benjamin T. Hepner*
Katie E. Towery, Bar No. 12861
ktowery@littler.com
Benjamin T. Hepner, Bar No. 13250
bhepner@littler.com
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: (864) 775-3191

*Attorneys for Defendants*