**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

RYAN BAIRD,

PLAINTIFF,

v.

SHOWSTOPPER, LLC; DAVE ROBERTS; DEBBIE ROBERTS,

DEFENDANTS.

Civil Action No. 4:26-cv-02049-SAC

**JOINT DISCOVERY PLAN**

The parties respectfully submit the following information required by Federal Rule of Civil Procedure 26(f) and this Court's Scheduling Order. The following constitutes the parties' agreement pursuant to that meeting:

**DISCOVERY PLAN**

**(A) What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when disclosures under Rule 26(a)(1) were made or will be made?**

**RESPONSE:** The parties have agreed to waive Rule 26(a)(1) initial disclosures. The parties will submit separate Local Civil Rule 26.03 Interrogatory Responses.

**(B) The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

**RESPONSE:** The parties agree that discovery will be conducted on the issues raised by the specific claims and defenses set forth in Plaintiff's Amended Complaint and Defendants' Answer thereto.

The parties agree that discovery will not be conducted in phases and should be completed by the date set forth in the Court's Scheduling Order.

**(C) Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

**RESPONSE:** None at this time. The disclosure or discovery of electronically stored information (ESI) is not anticipated to be a significant factor in this case. To the extent that disclosure or discovery of ESI is requested by either party, the parties will cooperate to reach an agreement on the proper collection and handling of the same and will supplement this discovery plan as necessary.

**(D) Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production— whether to ask the court to include their agreement in an order.**

**RESPONSE:** None at this time.

**(E) What changes should be made in the limitations on discovery imposed under these rules or by local rules, and what other limitations should be imposed?**

**RESPONSE:** None at this time.

**(F) Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).**

**RESPONSE:** The parties are submitting a Proposed Confidentiality Order for the Court's consideration. No other orders are requested at this time.

Respectfully submitted,

**PLAINTIFF(S)**

*/s/ Brian P. Murphy*
*Signature of Plaintiff's Counsel*

**STEPHENSON & MURPHY, LLC**

Brian P. Murphy, Bar No. 6405
brian@stephensonmurphy.com
207 Whitsett Street
Greenville, SC 29601
Telephone: (864)-370-9400

*Dated:* August 26, 2026

**DEFENDANT(S)**

*/s/ Benjamin T. Hepner*
*Signature of Defendants' Counsel*

**LITTLER MENDELSON P.C.**

Katie E. Towery, Bar No. 12861
KTowery@littler.com
Benjamin T. Hepner, Bar No. 13250
BHepner@littler.com
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864-775-3193

*Dated:* August 26, 2026