**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Ryan Baird,<br><br>Plaintiff,<br><br>v.<br><br>Showstopper, LLC; Dave Roberts; Debbie Roberts,<br><br>Defendants. | Civil Action No. 4:26-cv-02049-SAC<br><br>**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

CONSENT:

The attached Proposed Confidentiality Order is requested:

- ✓ by consent of all parties.
- ☐ by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].
- ☐ by some, but not all, parties [requesting parties include:].

CONTENT:

The attached proposed Confidentiality Order:

- ☐ is identical to the standard form on the court's website.
- ✓ has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).
- ☐ is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy of the document. An explanation of the basis for each proposed modification is as follows:

The parties wish to modify the Court's form to add a "clawback" provision regarding the inadvertent disclosure of privileged materials, and additional terms related to the destruction of

discovery information at the close of litigation in lieu of returning that information.

Respectfully submitted,

*/s/ Benjamin T. Hepner*
Katie E. Towery, Bar No. 12861
KTowery@littler.com
Benjamin T. Hepner, Bar No. 13250
BHepner@littler.com
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864-775-3193

*Attorneys for Defendants*

*/s/ Brian P. Murphy*
Brian P. Murphy, Bar No. 6405
brian@stephensonmurphy.com
207 Whitsett Street
Greenville, SC 29601
Telephone: (864)-370-9400

*Attorney for Plaintiff*

August 26, 2026