**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Ryan Baird,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A.: 4:26-cv-02049-SAC** |
| **Showstopper, LLC, Dave Roberts, and Debbie Roberts** | ) | **Plaintiff's 26.03 Responses** |
| **Defendants.** | ) | |

**1. Short Statement of Facts**

Defendants employed Plaintiff in a non-exempt role and paid him on an hourly basis. But they refused to pay overtime as required by the law and maintained a policy that they do not pay overtime for employees at a certain wage rate. Nor did Defendants compensate Plaintiff for the hours he worked.

**2. Name of Fact Witnesses Likely To Be Called With Brief Summary of Testimony**

Plaintiff will testify regarding his duties and compensation, as well as to his communications with Defendants about pay.

**3. Names and Subject Matter of Expert Witnesses**

Plaintiff has not retained any experts.

**4. Summary of Claims With Cites**

Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et. seq., as amended, including the provisions of the Portal-to-Portal Act of 1947, id. § 251 et. seq.

South Carolina Payment of Wages Act, 41-10-10, et. seq.

**5. Proposed Dates**

The parties have agreed to proposed dates as set forth in the proposed Amended Scheduling Order**.**

**6. Special Circumstances**

None.

**7. Additional Information**

None.

Respectfully submitted this 26th day of August 2026.

s/ Brian P. Murphy
Brian P. Murphy, Fed. I.D. No. 6405
Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400